FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr115-MEF |
| | ) | [18 USC 922(g)(1)] |
| LEON RUDOLPH WEBSTER | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 18th day of April, 2004, in Prattville, Alabama, within the Middle District of Alabama,

**LEON RUDOLPH WEBSTER,**

defendant herein, having been convicted on or about the 11th day of December, 2000, in the Circuit Court of Autauga County, Alabama, Case Number CC-99-160, of three counts of Burglary III, all crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, for which he was sentenced to serve five years on each count, to be served concurrently, thereafter knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith and Wesson, Model 622, .22 caliber handgun, serial number UBF2041, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 22nd day of April, 2004, in Montgomery, Alabama, within the Middle District of Alabama,

**LEON RUDOLPH WEBSTER,**

defendant herein, having been convicted on or about the 11th day of December, 2000, in the Circuit

Court of Autauga County, Alabama, Case Number CC-99-160, of three counts of Burglary III, all crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, for which he was sentenced to serve five years on each count, to be served concurrently, thereafter knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith and Wesson, Model 622, .22 caliber handgun, serial number UBF2041, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney