IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

UNITED STATES OF AMERICA           )
                                   )
              v                    )
                                   )   CR. NO.  2:06cr 115-mEF
_____            )
                                   )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Leon Rudolph Webster_____, defendant in the above styled case, do

hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I

certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently

after receiving a full and complete explanation of my rights given to me by my attorney

and,

    **WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL.**


_____          _____
**DATE**                              **DEFENDANT**

                                      _____
                                      **ATTORNEY FOR DEFENDANT**