| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 28, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:19 - 10:30 |

√ **ARRAIGNMENT**       ❏ **CHANGE OF PLEA**       ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**       ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr115-MEF-VPM       **DEFENDANT NAME:** Leon Rudolph Webster
**AUSA:** David Cooke       **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

√ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.

√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**       √ **Not Guilty**
            ❏ **Guilty as to:**
                ❏ **Count(s):**
                ❏ **Count(s):**              ❏ dismissed on oral motion of USA
                                              ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**

❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

√ **CRIMINAL TERM:** 9/11/06       √ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE: 6/28/06**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
            ❏ Trial on _____; ❏ Sentencing on _____

√ Defendant remanded to custody of U. S. Marshal
            ❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
                  ❏ Defendant requests time to secure new counsel