| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:29 - 9:30 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr115-MEF     **DEFENDANT(S):** Leon Rudolph Webster

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Donnie Bethel |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**     Possible Trial

☐ **TRIAL STATUS**
9/18/06 Trial Term
2 days for Trial

☐ **REMARKS:**