IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-115-MEF |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on August 1, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Leon Rudolph Webster, to Special Agent Jennifer Rudden, ATF, and/or Special Agent Joe Herman, ABI, and/or Officer Bruce Little, Prattville Police Department, on August 2, 2006, through November 2, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agent Jennifer Rudden, ATF, and/or Special Agent Joe Herman, ABI, and/or Officer Bruce Little, Prattville Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of August, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE