| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 8/21/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:07 - 9:08 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr115-MEF   **DEFENDANT(S):** Leon Rudolph Webster

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Donnie Bethel |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**   Plea Likely

☐ **TRIAL STATUS**
9/18/06 Trial Term
2 days for Trial

☐ **REMARKS:**   Defendant has proffered
Defendant will likely file a motion to continue trial
Court admonished counsel to file a Joint Motion promptly