**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.: 2:06cr115-MEF |
| ) | |
| **LEON RUDOLPH WEBSTER** ) | |

**MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **LEON RUDOLPH WEBSTER,** by undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter to the Court's December Trial Term. In support of this motion, the Defendant would show the following:

1. This case is currently scheduled for trial on September 18, 2006.

2. Mr. Webster is cooperating, has already been debriefed by Government agents, and may be debriefed further.

3. As a result of Mr. Webster's cooperation the parties will negotiate a plea agreement, but it is unlikely the parties will complete those negotiations prior to September 6, 2006, which is the deadline for changes of plea for the September Trial Term.

3. Therefore, Mr. Webster contends that the ends of justice will be served by the Court continuing Mr. Webster's trial to the December Trial Term.

4. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, will be filed forthwith.

5. The United States, through Assistant United States Attorney Kent Brunson, has

no opposition to a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 1st day of September 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr115-MEF |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49