MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:   Jimmy Dickens

❏**ARRAIGNMENT       x CHANGE OF PLEA       ❏CONSENT PLEA**

❏**RULE 44(c) HEARING       ❏SENTENCING**

---

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_    **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:06cr115-MEF_    **DEFENDANT NAME:** _Leon Rudolph Webster_

**AUSA:** _Kent Brunson_    **DEFENDANT ATTY:** _Donnie Wayne Bethel_

**Type Counsel:**   ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _Dwayne Spurlock_

**De fendant** _____ **does** ____x____ **does NOT need and interpreter.**

**Interpreter present?** __x__ **NO** _____ **YES    Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                              ❏Nol Contendere

❏Not Guilty by reason of insanity

√Guilty as to:

√Count(s) ____1____  of the Felony Indictment.

❏Count(s) _____  ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  ❏ Sentencing on _____  ❏_____Bond  ❏ to be set by Separate Order

√ — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or √ Sentencing √ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.