IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-115-MEF |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Continue Trial (Doc. #20) filed on September 1, 2006, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 20th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE