IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:06CR115-MEF |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

ORDER

It is ORDERED that sentencing in this cause is hereby rescheduled from November 21, 2006 to Tuesday, December 5, 2006 at 10 a.m. in the Frank M. Johnson, Jr. Federal Building and U. S. Courthouse Annex, 1 Church Street, Montgomery, Alabama in courtroom 2-D before the undersigned.

It is further ORDERED that the person or persons having custody of defendant shall produce him for said hearing..

DONE, this 23rd Day of October, 2006.

_____
TRUMAN M. HOBBS, SENIOR U. S. DISTRICT JUDGE