**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr115-TMH |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, **LEON RUDOLPH WEBSTER**, by undersigned counsel, Donnie W. Bethel, and as grounds for this Motion, states as follows:

1. Sentencing in this case is scheduled for December 5, 2006.

2. Mr. Webster has previously been treated for mental health issues in at least three separate mental health facilities. Mr. Webster has recently expressed to undersigned counsel increased feelings of stress and anxiety, to include self-injurious thoughts, suicidal ideations and memory loss. Two investigators employed in the Office of the Federal Defender who are assigned to Mr. Webster's case, and who have met with him on numerous occasions, have also recently expressed to undersigned counsel concerns about Mr. Webster's mental health, to include observations of mania and depression. Mr. Webster has expressed to undersigned counsel a desire, bordering on desperation, to see a mental health provider to address these issues.

3. Mr. Webster requests that his sentencing hearing be postponed so that a mental health provider with whom the Office of the Federal Defender regularly consults can evaluate Mr. Webster.

3. The United States, through Assistant United States Attorney Kent Brunson, does not oppose this request.

**WHEREFORE**, Defendant requests that this Motion be granted.

Respectfully submitted this 22nd day of November, 2006.

                                      s/ Donnie W. Bethel
                                      DONNIE W. BETHEL
                                      Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail:don_bethel@fd.org
                                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr115-MEF |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                      Respectfully submitted,

                                                      s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49