IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr115-TMH |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

**O R D E R**

Upon CONSIDERATION of Defendant's unopposed motion to continue sentencing, filed November 22, 2006, it is ORDERED that said motion is hereby GRANTED and that the sentencing hearing, presently set on the 5th day of December, 2006, is hereby CONTINUED until further of the court.

DONE this 1st day of December, 2006.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE