IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:06CR115-MEF |
| | ) | |
| LEON RUDOLPH WEBSTER | ) | |

ORDER

It is ORDERED that sentencing in this cause is hereby set for Monday, April 30, 2007, at 9:30 a. m., Frank M. Johnson, Jr. Federal Building and U. S. Courthouse, 1 Church Street, Montgomery, Alabama, in courtroom 2-D before the undersigned Judge.

It is further ORDERED that the persons or person having custody of the defendant, shall produce him for said hearing.

DONE this 24th Day of April, 2007.

_/s/ Truman M. Hobbs_
TRUMAN M. HOBBS
SENIOR U. S. DISTRICT JUDGE