AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: LEON RUDOLPH WEBSTER
CASE NUMBER: 2:06CR115-TMH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

120 months to stand committed upon release to federal custody.

X The court makes the following recommendations to the Bureau of Prisons:
That defendant be designated to a facility where intensive residential substance abuse treatment as well as mental health treatment to include domestic abuse and vocational training is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

JUN 16 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 5-29-08 to USP MCK

at Pine Knot, KY, with a certified copy of this judgment.

D.L. Stine, Warden
UNITED STATES MARSHAL

K. Williams L/E
DEPUTY UNITED STATES MARSHAL